NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**JAMES E. ZABLOSKY AND KAREN ZABLOSKY,**
*Plaintiffs-Appellants,*

**v.**

**MIDFIRST BANK AND MIDLAND MORTGAGE CO.,**
*Defendants-Appellees,*

AND

**SECRETARY OF HOUSING AND URBAN DEVELOPMENT,**
*Defendant-Appellee.*

2013-1626

Appeal from the United States District Court for the Western District of Texas in No. 13-CV-0467, Senior Judge Harry Lee Hudspeth.

**O R D E R**

Having received no objection to this court's November 25, 2013 order,

IT IS ORDERED THAT:

(1) This appeal is dismissed.

2                                   ZABLOSKY v. MIDFIRST BANK

(2) Each side shall bear its own costs.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21